# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-592
Lower Tribunal No. 17-29382
_____

**Greenwich Towers, LLC,**
Appellant,

vs.

**Continuum on South Beach, The South Tower Condominium Association, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Carey Rodriguez Milian Gonya, LLP, David P. Milian, and Jennifer M. Hernandez, for appellant.

Billbrough & Marks, P.A., and Geoffrey B. Marks; Cole, Scott & Kissane, P.A., and Alexandra Valdes, for appellees.

Before FERNANDEZ, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Venezia Lakes Homeowners Ass'n, Inc. v. CSX Transp., Inc.</u>, 43 So. 3d 93 (Fla. 3d DCA 2010); <u>Sonny Boy, L.L.C. v. Asnani</u>, 879 So. 2d 25 (Fla. 5th DCA 2004); <u>Perlow v. Goldberg</u>, 700 So. 2d 148 (Fla. 3d DCA 1997).